USDC FLSD 245B (Rev. 3/01) - Judgment in a C        Case                                                    Page 2 of 6

DEFENDANT: OSCAR OCHOA
CASE NUMBER: 99-27-CR-WPD

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **90 Months**.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on ____7-1-03____ to _____MCA_____

at ____Mc Rue, Ja____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By: _Mary Rogers_
Deputy U.S. Marshal
Records Supervisor



# United States District Court

## Southern District of Florida
### FT. LAUDERDALE DIVISION

2003 APR 18  AM 10: 03

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** <br> (For Offenses Committed On or After November 1, 1987) |
| v. | **Case Number: 99-27-CR-WPD** |
| OSCAR OCHOA | |

Counsel For Defendant: Joel Kaplan, Esq.
Counsel For The United States: David Weinstein, AUSA
Court Reporter: Robert Ryckoff

The defendant pleaded guilty to Count 1ssss of the Indictment. Accordingly, the defendant is adjudged guilty of such count(s) which involves the following offense(s):

| TITLE/SECTION NUMBER | NATURE OF OFFENSE | DATE OFFENSE CONCLUDED | COUNT |
|---|---|---|---|
| 21 USC 846 | Conspiracy to Possess With Intent to Distribute Cocaine | 2/25/1999 | 1ssss |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Count(s) ALL REMAINING dismissed on the motion of the United States.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No   None
Defendant's Date of Birth: 07/17/1969
Deft's U.S. Marshal No.:  62970-004

Date of Imposition of Sentence:
April 17, 2003

Defendant's Mailing Address:
Federal Detention Center
33 NE 4th Street, Miami, FL 33132

Defendant's Residence Address:
Federal Detention Center
33 NE 4th Street, Miami, FL 33132

WILLIAM P. DIMITROULEAS
United States District Judge

April ___17___, 2003

Deputy Clerk

Date  4/17/03