**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. ___99-0027-CR-WPD___

Plaintiff,

United States of America,

v.

Alex Prado, et al

Defendants.

_____/

### ORDER REGARDING SEALED DOCUMENTS

Upon a review of the documents under seal in this case, the Clerk's Office is instructed to do the following:

☒ Docket entries 115-137, 142-43, 190 192, 299, 346, 348-349, 494-96, 524-25, 592, 745-46, 899, 903, 982, 984, 1029-1032, 1062-1065, 1084-1085, 1104-1107, 1125-1128, 1146-1150, 1159-1171, 1181, 1183-1184, 1192-1195, 1205-1207, 1213-1216, 1239-1251, 1254, 1262-1266 shall be (check one)

☒ UNSEALED        ☒ REMAIN SEALED

**AND (check one)**

☒ PLACED IN COURT FILE (for unsealed only)

**OR**

☐ RETURN TO PARTY  _____

_____

_____

**OR**

☐ DESTROYED BY THE CLERK

DONE at ☐ Miami, ☒ Fort Lauderdale, ☐ West Palm Beach Florida, this 22 day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE