AO 442 (Rev. 12/85) Warrant for Arrest

JDI - 362729

# *United States District Court*

SOUTHERN _____ DISTRICT OF _____ FLORIDA

FILED by ___ D.C.

OCT 27 2014

STEVEN M. LARIMORE
CLERK U.S DIST CT
S. D. of FLA - MIAMI

UNITED STATES OF AMERICA

V.

JHON RAUL CASTRO, et al.

## WARRANT FOR ARREST

CASE NUMBER: 99-27-CR-DIMITROULEAS(s)

TO:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest___ John Doe, a/k/a "Oscar" and "Talia" (True Name: OCHOA, Oscar)
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X]  Indictment [ ] Information [ ] Complaint [ ] Order of court [ ] Violation Notice [ ] Probation Violation Petition

charging him with conspiracy to possess cocaine with intent to distribute, in violation of Title __21,

United States Code, Section(s)_841(a)(1) and 846.

Barry L. Garber
Name of Issuing Officer

Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

Miami, Florida  2/12/99
Date and Location

Bail fixed at $__PRETRIAL DETENTION__ by __BARRY L. GARBER__
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |
| Subject was brought in on an extradition from Colombia by DEA & turned over to USMS. |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 02-16-99 | AMOS ROJAS JR. | BY:  JOE GODSK |
| DATE OF ARREST | U.S. MARSHAL, SD/FL | SDUSM, SD/FL |
| 10-18-02 | | |

AO 442 (Rev. 12/85) Warrant for Arrest

# BOND RECOMMENDATION

Defendant John Doe, a/k/a "Oscar" and "Talia"

**Pretrial Detention**

NEAL M. STEPHENS
ASSISTANT UNITED STATES ATTORNEY

Last Known Address _____

What Facility _____

Agent _____ S/A Peter D'Souza, FBI _____
(FBI) (SECRET SERVICE) (DEA) (IRS) (CUSTOMS) (ATF)

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT:  _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____