AO 442 (Rev. 12/85) Warrant for Arrest

FBT- ~~7 3 5 0 1~~ 9 362

FILED by _____ D.C.

OCT 27 2014

STEVEN M. LARIMORE
CLERK U.S DIST CT
S. D. of FLA - MIAMI

# United States District Court

**SOUTHERN** _____ DISTRICT OF _____ **FLORIDA**

UNITED STATES OF AMERICA

v.

ALEX PRADO, et al.

99 - 0027 CR-DIMITROULEAS

**WARRANT FOR ARREST**

CASE NUMBER:

SEALED INDICTMENT

**MAGISTRATE JUDGE SNOW**

TO:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___ John Doe, a/k/a "Oscar" and "Talia"   (True Name: OCHOA, Oscar Jaime)
                                                                                   **Name**

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X]  Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him with conspiracy to possess cocaine with intent to distribute, in violation of Title __21,__

United States Code, Section(s) 841(a)(1) and 846.

Peter R. Palermo
**Name of Issuing Officer**

_signature_

**Signature of Issuing Officer**

Bail fixed at $ P.T.D.

MAGISTRATE
PALERMO

United States Magistrate Judge
**Title of Issuing Officer**

Miami, Florida   1-8-99
**Date and Location**
PETER R. PALERMO

by _____
**Name of Judicial Officer**

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |
| Subject was brought in on an extradition from Colombia by DEA & turned over to USMS |

| DATE RECEIVED 01-12-99 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | AMOS ROJAS JR. | BY:   JOE GODSK |
| DATE OF ARREST 01-18-02 | U.S. MARSHAL, SD/FL | SDUSM, SD/FL |

AO 442 (Rev. 12/85) Warrant for Arrest

## BOND RECOMMENDATION

Defendant John Doe, a/k/a "Oscar" and "Talia"

### Pretrial Detention

NEAL J. STEPHENS
ASSISTANT UNITED STATES ATTORNEY

Last Known Address _____

What Facility _____

Agent ____ S/A Peter D'Souza, FBI _____
(FBI) (SECRET SERVICE) (DEA) (IRS) (CUSTOMS) (ATF)